IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK J. BROWN,<br><br>    Defendant. | CIVIL NO. 11-6782(NLH)(AMD)<br><br>**ORDER** |

**APPEARANCES:**

MICHAEL JUSTIN MCCULLEY
WELTMAN, WEINBERG & REIS CO., LPA
325 CHESTNUT ST
SUITE 501
PHILADELPHIA, PA 19106

   *On behalf of plaintiff*

**HILLMAN**, District Judge

   This matter having come before the Court on Plaintiff's motion for the entry of default judgment pursuant to Federal Civil Procedure Rule 55; and

   Rule 55 providing that obtaining a default judgment is a two-step process--first, when a defendant has failed to plead or otherwise respond, a plaintiff may request the entry of default by the Clerk of the Court, Fed. R. Civ. P. 55(a), and second, after the Clerk has entered the party's default, a plaintiff may then obtain a judgment by default by either (1) asking the Clerk

to enter judgment, if the judgment is a sum certain, or (2) applying to the Court, Fed. R. Civ. P. 55(b); and

Plaintiff having requested the entry of default by the Clerk, and the Clerk having entered default on January 9, 2012; and

Plaintiff now applying to the Court for default judgment pursuant to Rule 55(b)(2); but

The Court also noting that Plaintiff is seeking a sum certain;[1]

Accordingly,

**IT IS HEREBY** on this ___2nd___ day of ___May___, 2012

**ORDERED** the Clerk of the Court is directed to enter the judgment of default, pursuant to Fed. R. Civ. P. 55(b)(1), in the amount of $7,265.95, plus prejudgment interest from January 10, 2012, to the date of this Order at the rate of $.69 per day; and it is further

**ORDERED** that plaintiff's motion for default judgment [6] is **DENIED AS MOOT.**

                                                  s/ Noel L. Hillman

At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J

---

[1] In its motion, plaintiff states that pursuant to Local Civil Rule 55.1(b), the Clerk of the Court may not enter a default judgment against a defendant. (See Br. at 3.) No such local rule exists in this District.